UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA



In Re:

ESKIND, JERRY W.

Case No. 04-21478 RH
Chapter 7 Case

Debtor(s)

### TRUSTEE'S FINAL REPORT OF ADMINISTRATION OF ESTATE, REPORT OF RECEIPTS AND DISBURSEMENTS, APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES, AND NOTICE OF PROPOSED DISTRIBUTION

Comes now the Chapter 7 trustee and represents that all property of the estate, except that property claimed exempt by the debtor(s), without objection, or determined by the court as exempt, or which has been specifically abandoned, has been either inventoried, collected and liquidated, or, if scheduled under §521 and not otherwise administered, is abandoned to the debtor pursuant to §554(c) and will be deemed administered under §350 at the time of the closing of this case.

All claims have been examined and objections have been determined. Applications for approval of compensation and expenses of other professional persons have been filed with the Court and served upon the United States Trustee.

1. Unless the trustee previously filed an inventory with the court pursuant to Rule 2015(a)(1), FRBP, the trustee adopts the schedules filed by the debtor as the trustee's inventory.
2. Property of the estate is listed on forms 1 and 2 which are attached hereto as exhibits A and B.
3. The trustee's proposed distribution report is attached hereto as exhibit C.
4. SUMMARY OF FINAL ACCOUNT:

| | |
|---|---:|
| RECEIPTS: | $ 3,918.16 |
| DISBURSEMENTS: | $ 350.00 |
| BALANCE OF FUNDS ON HANDS: | $ 3,568.16 |

5. COMPUTATION OF COMPENSATION:

Pursuant to 11 U.S.C. §326, compensation is computed as follows:

| | | | | |
|---|---:|---|---:|---|
| | $ 3,568.16 | 25% of First $5,000 | $ 892.04 | |
| Less | $ -5,000.00 | ($1,250 Maximum) | | |
| Balance | $ 0.00 | 10% of Next $45,000 | $ 0.00 | |
| Less | $ -45,000.00 | ($4,500 Maximum) | | |
| Balance | $ 0.00 | 5% of Next $950,000 | $ 0.00 | |
| Less | $ -950,000.00 | ($47,500 Maximum) | | |
| Balance | $ 0.00 | 3% of Remaining Balance | $ 0.00 | |

(Less compensation already paid) $ 0.00

TOTAL COMPENSATION REQUESTED $ 892.04

6.  TRUSTEE EXPENSES:

| | |
|---|---:|
| Premium on Trustee's bond | $ 0.00 |
| Necessary travel (0 miles @0.0 cents/mile) | $ 0.00 |
| Necessary copies (241 @25.0 cents/copy) | $ 60.25 |
| Postage | $ 4.44 |
| Telephone charges (long distance) | $ 0.00 |
| Clerical/Secretarial staff (0.0 hrs @ $0.00/hr) | $ 0.00 |
| Paralegal Assistance (0.0 hrs @ $0.00/hr) | $ 0.00 |
| Supplies/Stationery | $ 0.00 |
| Distribution Expenses | $ 4.07 |
| Other: (itemized) | $ 0.00 |
| (Less expenses already paid) | $ 0.00 |
| **TOTAL EXPENSES REQUESTED** | $ 68.76 |

The undersigned trustee of the estate of the above-named debtor(s) certifies to the court and the United States Trustee that the trustee has faithfully and properly fulfilled the duties of the office of the trustee, that the trustee has examined all proofs of claims as appropriate under the proposed distribution, that the estate has been fully administered, and that the proposed distribution, attached hereto, is proper and consistent with the law and rules of court.

Therefore, the trustee requests that the Final Report and Proposed Distribution be accepted and approved.

WHEREFORE, the trustee requests that this application be approved by this court and that the trustee be granted compensation plus any additional compensation from accrued interest before distribution and reimbursement of expenses. No agreement or understanding exists between applicant and any other person for sharing compensation received or to be received.

I declare under penalty of perjury that this final report and all attachments hereto are true and accurate to the best of my knowledge and belief. In CM/ECF districts, I further declare under the penalty of perjury that prior to filling this report with the court I have received and am retaining an original acknowledgment from the United States Trustee attesting to the review of this Trustee's Final Report and Proposed Distribution.

DATE Dec. 21, 2006    TRUSTEE NAME BRYAN F. GILL, JR.

SIGNED _____    ADDRESS 427 KIRBY STREET, P. O. BOX 1286, LAKE CHARLES, LA 70602-1286

### ACKNOWLEDGMENT OF REVIEW BY UNITED STATES TRUSTEE

The trustee's final report in the above styled and numbered case has been reviewed by the United States Trustee.

DATE January 11, 2007

R. Michael Bolen
United States Trustee
Region 5, Judicial Districts
of Louisiana and Mississippi

By: _____

## PROPOSED DISTRIBUTION

DEBTOR(S) NAME: <u>ESKIND, JERRY W.</u>　　　　　　　　　　　　CASE NO.: <u>04-21478 RH</u>

### SECURED CLAIMS

| CLAIM NO. | TYPE OF CLAIM | NAME OF CLAIMANT | ALLOWED AMT OF CLAIM | AMOUNT PAID | AMOUNT TO BE PAID |
|---|---|---|---|---|---|
| | | (TOTAL) | $ 0.00 | $ 0.00 | $ 0.00 |

### CHAPTER 7 ADMINISTRATIVE FEES AND EXPENSES [Section 507(a)(1)]

| CLAIM NO. | TYPE OF CLAIM | NAME OF CLAIMANT | ALLOWED AMT OF CLAIM | AMOUNT PAID | AMOUNT TO BE PAID |
|---|---|---|---|---|---|
| | Trustee Compensation 2100-00 | BRYAN F. GILL, JR. | 892.04 | 0.00 | 892.04 |
| | Trustee Expenses 2200-00 | BRYAN F. GILL, JR. | 68.76 | 0.00 | 68.76 |
| | Bond Payments 2300-00 | BRYAN F. GILL, JR. | 4.08 | 0.00 | 4.08 |
| | | (TOTAL) | $ 964.88 | $ 0.00 | $ 964.88 |

### CHAPTER 11 ADMINISTRATIVE FEES AND EXPENSES [Section 507(a)(1) & 726(b)]

| CLAIM NO. | TYPE OF CLAIM | NAME OF CLAIMANT | ALLOWED AMT OF CLAIM | AMOUNT PAID | AMOUNT TO BE PAID |
|---|---|---|---|---|---|
| | | (TOTAL) | $ 0.00 | $ 0.00 | $ 0.00 |

### PRIORITY GAP [Section 507(a)(2)]

| CLAIM NO. | TYPE OF CLAIM | NAME OF CLAIMANT | ALLOWED AMT OF CLAIM | AMOUNT PAID | AMOUNT TO BE PAID |
|---|---|---|---|---|---|
| | | (TOTAL) | $ 0.00 | $ 0.00 | $ 0.00 |

### PRIORITY WAGE [Section 507(a)(3)]

| CLAIM NO. | TYPE OF CLAIM | NAME OF CLAIMANT | ALLOWED AMT OF CLAIM | AMOUNT PAID | AMOUNT TO BE PAID |
|---|---|---|---|---|---|
| | | (TOTAL) | $ 0.00 | $ 0.00 | $ 0.00 |

## PRIORITY EMPLOYEE BENEFITS [Section 507(a)(4)]

| CLAIM NO. | TYPE OF CLAIM | NAME OF CLAIMANT | ALLOWED AMT OF CLAIM | AMOUNT PAID | AMOUNT TO BE PAID |
|---|---|---|---|---|---|
| | | (TOTAL) | $ 0.00 | $ 0.00 | $ 0.00 |

## PRIORITY FARMERS/FISHERMAN [Section 507(a)(5)]

| CLAIM NO. | TYPE OF CLAIM | NAME OF CLAIMANT | ALLOWED AMT OF CLAIM | AMOUNT PAID | AMOUNT TO BE PAID |
|---|---|---|---|---|---|
| | | (TOTAL) | $ 0.00 | $ 0.00 | $ 0.00 |

## PRIORITY CONSUMER DEPOSITS [Section 507(a)(6)]

| CLAIM NO. | TYPE OF CLAIM | NAME OF CLAIMANT | ALLOWED AMT OF CLAIM | AMOUNT PAID | AMOUNT TO BE PAID |
|---|---|---|---|---|---|
| | | (TOTAL) | $ 0.00 | $ 0.00 | $ 0.00 |

## PRIORITY ALIMONY [Section 507(a)(7)]

| CLAIM NO. | TYPE OF CLAIM | NAME OF CLAIMANT | ALLOWED AMT OF CLAIM | AMOUNT PAID | AMOUNT TO BE PAID |
|---|---|---|---|---|---|
| | | (TOTAL) | $ 0.00 | $ 0.00 | $ 0.00 |

## SECURED IRS TAX LIENS [Section 724(b)]

| CLAIM NO. | TYPE OF CLAIM | NAME OF CLAIMANT | ALLOWED AMT OF CLAIM | AMOUNT PAID | AMOUNT TO BE PAID |
|---|---|---|---|---|---|
| | | (TOTAL) | $ 0.00 | $ 0.00 | $ 0.00 |

## PRIORITY TAX [Section 507(a)(8)]

| CLAIM NO. | TYPE OF CLAIM | NAME OF CLAIMANT | ALLOWED AMT OF CLAIM | AMOUNT PAID | AMOUNT TO BE PAID |
|---|---|---|---|---|---|
| | | (TOTAL) | $ 0.00 | $ 0.00 | $ 0.00 |

## PRIORITY (FDIC) [Section 507(a)(9)]

| CLAIM NO. | TYPE OF CLAIM | NAME OF CLAIMANT | ALLOWED AMT OF CLAIM | AMOUNT PAID | AMOUNT TO BE PAID |
|---|---|---|---|---|---|
| | | (TOTAL) | $ 0.00 | $ 0.00 | $ 0.00 |

## UNSECURED TIMELY [Section 726(a)(2)]

| CLAIM NO. | TYPE OF CLAIM | NAME OF CLAIMANT | ALLOWED AMT OF CLAIM | AMOUNT PAID | AMOUNT TO BE PAID |
|---|---|---|---|---|---|
| 1U | General Unsecured 726(a)(2) 7100-00 | Jeff Davis Bank and Trust Co. | 11,167.18 | 0.00 | 1,198.02 |
| 3U | General Unsecured 726(a)(2) 7100-00 | Greentree Credit | 13,098.97 | 0.00 | 1,405.26 |
|   |   | (TOTAL) | $ 24,266.15 | $ 0.00 | $ 2,603.28 |

## UNSECURED TARDY [Section 726(a)(3)]

| CLAIM NO. | TYPE OF CLAIM | NAME OF CLAIMANT | ALLOWED AMT OF CLAIM | AMOUNT PAID | AMOUNT TO BE PAID |
|---|---|---|---|---|---|
|   |   | (TOTAL) | $ 0.00 | $ 0.00 | $ 0.00 |

## UNSECURED FINES/PENALTIES [Section 726(a)(4)]

| CLAIM NO. | TYPE OF CLAIM | NAME OF CLAIMANT | ALLOWED AMT OF CLAIM | AMOUNT PAID | AMOUNT TO BE PAID |
|---|---|---|---|---|---|
|   |   | (TOTAL) | $ 0.00 | $ 0.00 | $ 0.00 |

## UNSECURED INTEREST [Section 726(a)(5)]

| CLAIM NO. | TYPE OF CLAIM | NAME OF CLAIMANT | ALLOWED AMT OF CLAIM | AMOUNT PAID | AMOUNT TO BE PAID |
|---|---|---|---|---|---|
|   |   | (TOTAL) | $ 0.00 | $ 0.00 | $ 0.00 |

## UNSECURED SURPLUS [Section 726(a)(6)]

| CLAIM NO. | TYPE OF CLAIM | NAME OF CLAIMANT | ALLOWED AMT OF CLAIM | AMOUNT PAID | AMOUNT TO BE PAID |
|---|---|---|---|---|---|
|   |   | (TOTAL) | $ 0.00 | $ 0.00 | $ 0.00 |

# Claims Proposed Distribution

### Case: 04-21478   ESKIND, JERRY W.

Report Includes ONLY Claims with a Proposed Distribution

**Case Balance:** $3,568.16   **Total Proposed Payment:** $3,568.16   **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | BRYAN F. GILL, JR. <2300-00 Bond Payments> Claim Memo: 2006 - PRORATED BOND PREMIUM | Admin Ch. 7 | 4.08 | 4.08 | 0.00 | 4.08 | 4.08 | 3,564.08 |
| | BRYAN F. GILL, JR. <2200-00 Trustee Expenses> | Admin Ch. 7 | 68.76 | 68.76 | 0.00 | 68.76 | 68.76 | 3,495.32 |
| | BRYAN F. GILL, JR. <2100-00 Trustee Compensation> | Admin Ch. 7 | 892.04 | 892.04 | 0.00 | 892.04 | 892.04 | 2,603.28 |
| 1U | Jeff Davis Bank and Trust Co. Claim Memo: Unsecured | Unsecured | 11,167.18 | 11,167.18 | 0.00 | 11,167.18 | 1,198.02 | 1,405.26 |
| 3U | Greentree Credit Claim Memo: Unsecured | Unsecured | 13,098.97 | 13,098.97 | 0.00 | 13,098.97 | 1,405.26 | 0.00 |
| | **Total for Case 04-21478:** | | **$25,231.03** | **$25,231.03** | **$0.00** | **$25,231.03** | **$3,568.16** | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims:** | $964.88 | $964.88 | $0.00 | $964.88 | 100.000000% |
| **Total Unsecured Claims:** | $24,266.15 | $24,266.15 | $0.00 | $2,603.28 | 10.728031% |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 04-21478 RH | Trustee: (380250) | BRYAN F. GILL, JR. |
|---|---|---|---|
| Case Name: | ESKIND, JERRY W. | Filed (f) or Converted (c): | 11/15/04 (f) |
| | | §341(a) Meeting Date: | 01/05/05 |
| Period Ending: | 12/21/06 | Claims Bar Date: | 06/09/05 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CASH ON HAND<br>CASH ON HAND - NO LONGER IN DEBTOR'S POSSESSION | 68.50 | 0.00 | DA | 0.00 | FA |
| 2 | BANK ACCOUNTS<br>CHECKING ACCOUNT | 10.50 | 0.00 | DA | 0.00 | FA |
| 3 | HOUSEHOLD GOODS AND FURNISHINGS | 250.00 | 0.00 | DA | 0.00 | FA |
| 4 | WEARING APPAREL | 100.00 | 0.00 | DA | 0.00 | FA |
| 5 | AUTOMOBILES AND OTHER VEHICLES<br>1999 F250 PICKUP TRUCK | 8,715.00 | 0.00 | DA | 0.00 | FA |
| 6 | AUTOMOBILES AND OTHER VEHICLES<br>2000 DODGE 1500 PICKUP TRUCK | 8,660.00 | 0.00 | DA | 0.00 | FA |
| 7 | OTHER PERSONAL PROPERTY<br>1997 CRIMSON 16 X 76 MOBILE HOME | 18,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | TAX REFUNDS (u)<br>2004 TAX REFUND | 3,528.82 | 3,528.82 | | 3,528.82 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 39.34 | Unknown |
| 9 | Assets Totals (Excluding unknown values) | $39,332.82 | $3,528.82 | | $3,568.16 | $0.00 |

**Major Activities Affecting Case Closing:**

03/31/05 - REVIEW - ALL FUNDS RECEIVED.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 04-21478 RH | Trustee: | (380250) BRYAN F. GILL, JR. |
|---|---|---|---|
| Case Name: | ESKIND, JERRY W. | Filed (f) or Converted (c): | 11/15/04 (f) |
| | | §341(a) Meeting Date: | 01/05/05 |
| Period Ending: | 12/21/06 | Claims Bar Date: | 06/09/05 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

06/30/05 - REVIEW - TRUSTEE WILL REVIEW CLAIMS REGISTER.

02/10/06 - REVIEW - CASE IN LINE FOR CLOSING.

05/25/06 - REVIEW - CASE IN LINE FOR CLOSING.

**Initial Projected Date Of Final Report (TFR):** December 31, 2005          **Current Projected Date Of Final Report (TFR):** August 31, 2006

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 04-21478 RH | | Trustee: | BRYAN F. GILL, JR. (380250) |
|---|---|---|---|---|
| Case Name: | ESKIND, JERRY W. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****02-65 - Money Market Account |
| Taxpayer ID #: | 13-7445988 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 12/21/06 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/07/05 | {8} | JERRY W. ESKIND | 2004 TAX REFUND | 1224-000 | 3,528.82 | | 3,528.82 |
| 03/31/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3500% | 1270-000 | 0.78 | | 3,529.60 |
| 04/29/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3500% | 1270-000 | 1.02 | | 3,530.62 |
| 05/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 1.05 | | 3,531.67 |
| 06/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4000% | 1270-000 | 1.13 | | 3,532.80 |
| 07/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 1.22 | | 3,534.02 |
| 08/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 1.35 | | 3,535.37 |
| 09/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 1.39 | | 3,536.76 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 1.54 | | 3,538.30 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 1.60 | | 3,539.90 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.77 | | 3,541.67 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 1.99 | | 3,543.66 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 1.90 | | 3,545.56 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 2.11 | | 3,547.67 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 2.25 | | 3,549.92 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 2.41 | | 3,552.33 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 2.34 | | 3,554.67 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 2.42 | | 3,557.09 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 2.42 | | 3,559.51 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 2.26 | | 3,561.77 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 2.49 | | 3,564.26 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 2.34 | | 3,566.60 |
| 12/21/06 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.8000% | 1270-000 | 1.56 | | 3,568.16 |
| 12/21/06 | | To Account #********0267 | TRANSFER FUNDS TO CHECKING ACCOUNT IN PREPARATION OF CLOSING | 9999-000 | | 3,568.16 | 0.00 |

Subtotals : $3,568.16 $3,568.16

{} Asset reference(s) !-Not printed or not transmitted

04-21478 - #21 File 01/19/07 Enter 01/19/07 10:27:18 Main Document Pg 9 of 12

Printed: 12/21/2006 02:41 PM V.8.12

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 04-21478 RH | | Trustee: | BRYAN F. GILL, JR. (380250) |
|---|---|---|---|---|
| Case Name: | ESKIND, JERRY W. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****02-65 - Money Market Account |
| Taxpayer ID #: | 13-7445988 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 12/21/06 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | CASE | | | | |
| | | | ACCOUNT TOTALS | | 3,568.16 | 3,568.16 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 3,568.16 | |
| | | | Subtotal | | 3,568.16 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $3,568.16 | $0.00 | |

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 04-21478 RH | | Trustee: | BRYAN F. GILL, JR. (380250) |
|---|---|---|---|---|
| Case Name: | ESKIND, JERRY W. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | \*\*\*-\*\*\*\*\*02-66 - Checking Account |
| Taxpayer ID #: | 13-7445988 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 12/21/06 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/02/04 | | JEFF DAVIS BANK | CONSENSUAL SALE FEE | 1280-000 | 350.00 | | 350.00 |
| 12/13/04 | 101 | BRYAN F. GILL, JR. | TRANSFER FUNDS TO CHECKINGCONSENSUAL SALE FEE ACCOUNT IN PREPARATION OF CLOSING CASE | 8500-002 | | 350.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 350.00 | 350.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 350.00 | 350.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $350.00 | $350.00 | |

# Form 2
## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 04-21478 RH | **Trustee:** | BRYAN F. GILL, JR. (380250) | |
| **Case Name:** | ESKIND, JERRY W. | **Bank Name:** | JPMORGAN CHASE BANK, N.A. | |
| | | **Account:** | \*\*\*-\*\*\*\*\*02-67 - Checking Account | |
| **Taxpayer ID #:** | 13-7445988 | **Blanket Bond:** | $1,500,000.00 (per case limit) | |
| **Period Ending:** | 12/21/06 | **Separate Bond:** | N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/06 | | From Account #\*\*\*\*\*\*\*\*0265 | TRANSFER FUNDS TO CHECKING ACCOUNT IN PREPARATION OF CLOSING CASE | 9999-000 ! | 3,568.16 | | 3,568.16 |
| | | | **ACCOUNT TOTALS** | | 3,568.16 | 0.00 | $3,568.16 |
| | | | Less: Bank Transfers | | 3,568.16 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # \*\*\*-\*\*\*\*\*02-65 | 3,568.16 | 0.00 | 0.00 |
| Checking # \*\*\*-\*\*\*\*\*02-66 | 350.00 | 350.00 | 0.00 |
| Checking # \*\*\*-\*\*\*\*\*02-67 | 0.00 | 0.00 | 3,568.16 |
| | $3,918.16 | $350.00 | $3,568.16 |