IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

IN RE:   **ESKIND, JERRY W.**                                                   CASE NO. **04-21478**

Debtor(s)

## TRANSMITTAL OF UNCLAIMED FUNDS

BRYAN F. GILL, JR., Trustee of this estate, reports the following:

(1) Final distribution was made in the case on **February 14, 2007**. The following creditor was mailed distribution check but said check remains un-negotiated and ninety days has passed since final distribution was made.

(2) The name of person to whom such un-negotiated distribution check was issued, the amount of such check, and their last known address is:

| NAMES AND ADDRESSES: | AMOUNT OF UNCLAIMED FUNDS: |
|---|---|
| GREENTREE CREDIT<br>P. O. BOX 507<br>MEMPHIS, TN 38101 | $1,405.26 |

(3) All other distribution checks have been negotiated, returned by the bank and are now in the possession of the Trustee.

(4) A check made payable to the Clerk, U. S. Bankruptcy Court, in the amount of **$1,405.26** representing the value of all uncashed check is attached hereto.

LAKE CHARLES, LOUISIANA, this **26th** day of **June, 2007**.

/S/ Bryan F. Gill, Jr.
BRYAN F. GILL, JR. TRUSTEE